United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL K. HOWARD<br>Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD<br>OF ARIZONA,<br><br>Defendant. | §§§§§§§§§§§ | Civil Action No. 4:16-CV02622 |

## ORDER GRANTING MOTION TO TRANSFER VENUE

The Court having read and considered Defendant Blue Cross Blue Shield of Arizona's Motion to Transfer Venue to Maricopa County, Arizona, the Response and Reply thereto,

IT IS HEREBY ORDERED that Motion to Transfer Venue is granted. This matter shall be transferred to the United States District Court for the District of Arizona, Phoenix Division.

Signed at Houston, Texas on this ____ day of October, 2016.

**OCT 2 7 2016**

_____
UNITED STATES DISTRICT JUDGE

{00254487.1}